STATE of Missouri, Respondent,

v.

Roland B. MILLER, Jr., Appellant.

No. WD 39564.

Missouri Court of Appeals,
Western District.

June 21, 1988.

Roland B. Miller, Jr., Platte City, pro se.

Victor Peters, Pros. Atty., Platte City, for respondent.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

PER CURIAM.

Roland B. Miller, Jr. appeals an order revoking an appeal bond.

The appeal is dismissed as moot.

Convicted of supplying intoxicating liquor to a minor, Miller posted a $500 appeal bond conditioned on no consumption of alcoholic beverages during the pendency of the appeal. When the trial court subsequently revoked that bond and set a new bond, Miller posted $15,000 and was released from custody the same day.

This appeal involves similar facts and presents the identical argument made in its companion case, *City of Weston v. Miller*, 752 S.W.2d 469 concurrently herewith, (Mo.

App.1988), and is therefore, dismissed as moot.

Roland B. MILLER, Jr., Appellant,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.

No. WD 39336.

Missouri Court of Appeals,
Western District.

June 21, 1988.

Roland B. Miller, Jr., Platte City, pro se.

Cynthia B. Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from order affirming suspension of driving privileges pursuant to §§ 302.-500–.540, RSMo 1986.

Judgment affirmed. Rule 84.16(b).